IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>BOBBY GENE CLARK JR.,<br><br>                Defendant. | **4:13CR3138**<br><br>**MEMORANDUM AND ORDER** |

For the court's review of defendant's motion to suppress, (Filing No. 21), on or before January 21, 2014, the defendant shall file the warrant application, warrant, and warrant return at issue.

January 10, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge