IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BOBBY GENE CLARK JR.,<br><br>        Defendant. | **4:13CR3138**<br><br>**MEMORANDUM AND ORDER** |

Defendant's motion to suppress, (Filing No. 21), was filed yesterday and will not be resolved before the current trial date.   Accordingly,

IT IS ORDERED the trial of this case is continued pending resolution of the defendant's pretrial motions.

January 10, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge