IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BOBBY GENE CLARK, JR.,<br><br>Defendant. | 4:13-CR-3138<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on the defendant's objection (filing 32) to the Findings and Recommendation of the Magistrate Judge (filing 31), recommending that the defendant's motion to suppress (filing 21) be denied. The Court has conducted a de novo review of the motion to suppress, pursuant to 28 U.S.C. § 636(b)(1). The Court concurs in the Magistrate Judge's factual findings and legal analysis, and finds the defendant's objections to be without merit. The Court will therefore adopt the Findings and Recommendation.

THEREFORE, IT IS ORDERED:

1. The Court adopts the Magistrate Judge's Findings and Recommendation (filing 31).

2. The defendant's objection (filing 32) is overruled.

3. The defendant's motion to suppress (filing 21) is denied.

Dated this 5th day of March, 2014.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge