IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>BOBBY GENE CLARK, JR.,<br><br>                    Defendant. | 4:13-CR-3138<br><br>FINAL ORDER OF<br>FORFEITURE |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 82). On July 14, 2014, the Court entered a Preliminary Order of Forfeiture (filing 57) pursuant to 18 U.S.C. § 2253, based upon the defendant's plea of guilty to violating 18 U.S.C. § 2251, and his admission of the forfeiture allegation contained in the indictment (filing 1). By way of the Preliminary Order of Forfeiture, the defendant's interest in the following properties were forfeited to the United States:

   a.   One HP laptop computer, serial number 6CG2072RIQ, containing one Toshiba 320 GB hard drive, serial number 12L8C30QT.

   b.   One HP laptop computer, serial number CNF94373WK, containing one Fujitsu 100 GB hard drive, serial number K94NT992KBGC.

   c.   One 4 GB flash drive.

Filing 1.

As directed by the preliminary order, a Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on July 16, 2014, as required by Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (filing 81) was filed on October 7, 2014. The Court has been advised by the plaintiff that no petitions have been filed, and after reviewing the record, the Court finds that no petitions have been filed. Accordingly,

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 82) is granted.

2. All right, title, and interest in and to the following properties, held by any person or entity, are hereby forever barred and foreclosed:

    a. One HP laptop computer, serial number 6CG2072RIQ, containing one Toshiba 320 GB hard drive, serial number 12L8C30QT.

    b. One HP laptop computer, serial number CNF94373WK, containing one Fujitsu 100 GB hard drive, serial number K94NT992KBGC.

    c. One 4 GB flash drive.

3. The properties described above are forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the properties described above in accordance with law.

Dated this 8th day of October, 2014.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge